THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
309 Wm. J. Nealon Federal Building
Scranton, PA 18501
Attorneys for Plaintiff
Phone: (570)348-2800



## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>THOMAS A. ECKLEY,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | 1:CV-00-0392<br><br>(Kane, J.) |

FILED
SCRANTON

OCT - 2 2002

PER _____
DEPUTY CLERK

### MOTION FOR CONTINUANCE

AND NOW, comes Plaintiff, by and through counsel, and requests this Court to issue an Order continuing the Rule to Show Cause why he should not be held in contempt of court for failure to comply with the court's Order of September 12, 2002 for the reason that the Defendant has not been served in ample time for the hearing to take place. Counsel for Plaintiff requests that the hearing be set for another date so that the marshal can serve defendant with the Order to appear.

                                              Respectfully submitted,

                                              THOMAS A. MARINO
                                              United States Attorney

                                              J. JUSTIN BLEWITT, JR.
                                              Assistant U.S. Attorney

                                              KAREN M. MUSLOSKI
                                              Paralegal Specialist

DATED: 10/2/02