

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | |
| v. | 1:CV-00-0392 |
| THOMAS A. ECKLEY, | (Kane, J.) |
| Defendant. | |

**FILED HARRISBURG**
OCT - 4 2002
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

### ORDER

AND NOW, this 4th day of October, 2002, upon Motion of Plaintiff, the September 12, 2002 Rule to Show Cause hearing in the above-captioned action is continued to 1st day of November, 2002 at 10:00 A.M.

YVETTE KANE
United States District Judge