| U.S Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S Marshal"<br>on the reverse of this form. | (19) |
|---|---|---|---|
| **PLAINTIFF**<br>United States of America | | **COURT CASE NUMBER**<br>1:CV-00-0392 | Amo |
| **DEFENDANT**<br>THOMAS A. ECKLEY | | **TYPE OF PROCESS**<br>ORDER TO APPEAR, MOTION, FINANCIAL STMT | 10/1/02 |

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | THOMAS A. ECKLEY |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 12 Boyer Road, Milroy, PA 17063 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KAREN M. MUSLOSKI
United States Attorney's Office
235 N. Washington Ave., Suite 311
Scranton, PA 18503

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                          Fold

PERSONAL SERVICE REQUESTED IN AMPLE TIME FOR DEFENDANT TO APPEAR AT HEARING.
INSTRUCT TO APPEAR AT 11/1/02 AT 10:00 AM IN FEDERAL COURTHOUSE, HARRISBURG, PA, JUDGE KANE.

| Signature of Attorney or other Originator requesting service on behalf of:<br>Karen M. Musloski, Paralegal Specialist | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(570) 348-2800 | DATE<br>October 17, 2002 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk<br>Q Lavelle | Date<br>10/17/02 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Todd Eckley (son)

Address (complete only if different than shown above)

FILED
SCRANTON
OCT 31 2002
_____ DEPUTY CLERK

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 102502    Time: 330 pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>$80.00 | Total Mileage Charges (including endeavors)<br>$58.40 | Forwarding Fee | Total Charges<br>$238.40 | Advance Deposits | Amount owned to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
Start 1330
End 1530
1 Deputy
RT miles 160