# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF TRIAL OR HEARING

*USA v. Eckley*

CASE NO: 1:CV-00-392
Date: 11/1/02
_____ Day of Trial or Hearing

Hon. Yvette Kane presiding    Courtroom No. 4    in    Harrisburg, PA

Nature of Hearing: Show Cause Hearing
Time Commenced: 10:06    Time Terminated: 10:08

## APPEARANCES

**PLAINTIFF:** Harry Selkowitz, AUSA

**DEFENDANT:**

PLAINTIFF'S WITNESSES:

DEFENDANT'S WITNESSES:

REMARKS: Ct. opens. Cnsl. for Govt. present. Dft. Eckley not present. Govt. informs Ct. that dft. has been served with copy of the order directing dft. to be present in Ct. Govt. requests that a bench warrant issue for dft. Request granted. Warrant to issue. Ct. in recess.

FILED
HARRISBURG
NOV 1 2002
MARY E. D'ANDREA, CLERK
Per: _____ DEPUTY CLERK

Continue remarks and notes on back.

Jennifer Kennedy    Deputy Clerk
Monica Zamiska    Court Reporter