UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff<br><br>  v.<br><br>THOMAS A. ECKLEY,<br>  Defendant. | 1:CV-00-0392<br>(Kane, J.) |

FILED
HARRISBURG

NOV - 1 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**ORDER**

The background of this Order is as follows:

1. Judgment was entered against Defendant and in favor of Plaintiff in the amount of $5,507.63 plus costs and interest on May 15, 2000.

2. Thereafter, the Plaintiff served Interrogatories in aid of execution on Defendant on or about June 12, 2000.

3. Defendant was required to submit a response to those Interrogatories within thirty (30) days of their receipt.

4. Defendant failed to respond to the Interrogatories.

5. Plaintiff thereafter filed a Motion to Compel answers to the Interrogatories on February 12, 2001.

6. On March 6, 2001 this Court entered an Order directing Defendant to submit Answers to Plaintiff's Interrogatories.

7. Defendant continued to fail or refuses to submit answers to Plaintiff's Interrogatories in violation of this Court's Order.

8. The Court makes the following findings:

    a. The Defendant, THOMAS A. ECKLEY was properly served with true copies of the Motion and the Order to Compel.

    b. Defendant, THOMAS A. ECKLEY, has failed to comply with this Court's Order.

    c. Defendant, THOMAS A. ECKLEY, is in contempt of this Court's Order.

NOW THEREFORE this 1st day of November, 2002, IT IS HEREBY ORDERED that a Bench Warrant shall issue for the arrest of THOMAS A. ECKLEY.

The United States Marshal for the Middle District of Pennsylvania, or his designated representative, is commanded to take THOMAS A. ECKLEY, into custody and keep him there until further Order of this Court.

                                              YVETTE KANE
                                              U.S. DISTRICT JUDGE